UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE BRAILLARD**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-2097 (ESH) |
| ) | |
| **ELI LILLY AND COMPANY**, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF REFERRAL

It is hereby

**ORDERED** that this matter is referred to Magistrate Judge Alan Kay for settlement discussions and for all discovery disputes. On any filing related to settlement discussions or discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Alan Kay following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule a settlement conference.

**SO ORDERED.**

          /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 26, 2007

cc:   Magistrate Judge Alan Kay