THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE BRAILLARD, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>                Defendant. | CIVIL ACTION No. 1:07-cv-02097-ESH |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

                Respectfully submitted,

                SHOOK, HARDY & BACON, L.L.P.

                <u>/s/ John Chadwick Coots</u>
                John Chadwick Coots, D.C. Bar No. 461979
                600 14TH Street, N.W., Suite 800
                Washington, D.C. 20005-2004
                (202) 783-8400 Telephone
                (202) 783-4211 Facsimile

                **ATTORNEY FOR DEFENDANT**
                **ELI LILLY AND COMPANY**

144015v1

- 2 -

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 29th day of November, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

                        /s/ John Chadwick Coots
                        **ATTORNEY FOR DEFENDANT**
                        **ELI LILLY AND COMPANY**